1   GORDON SILVER
    GREGORY E. GARMAN, ESQ., NV Bar No. 6654
2   E-mail: ggarman@gordonsilver.com
    MATTHEW C. ZIRZOW, ESQ., NV Bar No. 7222
3   E-mail: mzirzow@gordonsilver.com
    JOEL Z. SCHWARZ, ESQ., NV Bar No. 9181
4   E-mail: jschwarz@gordonsilver.com
5   3960 Howard Hughes Pkwy., 9th Floor
    Las Vegas, Nevada 89169
6   Telephone (702) 796-5555
    Facsimile (702) 369-2666
7   Attorneys for Defendants

8

9              UNITED STATES BANKRUPTCY COURT

10               FOR THE DISTRICT OF NEVADA

11

12

13  In re:                              Case No.: BK-S-08-10474-MKN
                                        Chapter 11
14  XYIENCE INCORPORATED,
15  a Nevada corporation,

16       Debtor.

17  ─────────────────────────────       Adversary No. 09-1402-MKN

18  DAVID HERZOG, as Liquidating Trustee,
                                        **NOTICE OF ENTRY OF ORDER**
19            Plaintiff,               **APPROVING STIPULATION RE:**
                                        **PLAINTIFF'S MOTION TO**
20  v.                                  **RECONSIDER; DEFENDANTS'**
                                        **DEADLINE TO ANSWER OR**
21  ZYEN, LLC, a Nevada limited liability   **OTHERWISE PLEAD TO AMENDED**
    company, FERTITTA ENTERPRISES, INC.,    **COMPLAINT; INITIAL DISCLOSURES;**
22  a Nevada corporation, WILLIAM BULLARD,  **AND RELATED MATTERS**
23  ADAM FRANK, KIRK SANFORD, and
    OMER SATTAR,
24
25       Defendants.

26       PLEASE TAKE NOTICE, that an Order Approving Stipulation Re: Plaintiff's Motion To

27  Reconsider; Defendants' Deadline to Answer or  Otherwise Plead to Amended Complaint; Initial

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101551-004/929533

E-Filed On: May 14, 2010

1    Disclosures; and Related Matters, a copy of which is attached hereto, was entered by the Court

2    on May 13, 2010.

3        DATED this 14th day of May, 2010.

4

5                                    GORDON SILVER

6                                    By: _____
                                        GREGORY E. GARMAN, ESQ.
7                                    MATTHEW C. ZIRZOW, ESQ.
                                        JOEL Z. SCHWARZ, ESQ.
8                                    3960 Howard Hughes Pkwy., 9th Floor
                                        Las Vegas, Nevada 89169
9                                    Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101551-004/929533

2

**Entered on Docket**
**May 13, 2010**

_Lloyd King_
Hon. Lloyd King
United States Bankruptcy Judge

GORDON SILVER
GREGORY E. GARMAN, ESQ., NV Bar No. 6654
E-mail: ggarman@gordonsilver.com
MATTHEW C. ZIRZOW, ESQ., NV Bar No. 7222
E-mail: mzirzow@gordonsilver.com
JOEL Z. SCHWARZ, ESQ., NV Bar No. 9181
E-mail: jschwarz@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for Defendants

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>XYIENCE INCORPORATED,<br>a Nevada corporation,<br><br>          Debtor. | Case No.: BK-S-08-10474-MKN<br>Chapter 11 |
| DAVID HERZOG, as Liquidating Trustee,<br><br>          Plaintiff,<br><br>v.<br><br>ZYEN, LLC, et al.,<br><br>          Defendants. | Adversary No. 09-1402-MKN<br><br>**ORDER APPROVING STIPULATION RE:<br>PLAINTIFF'S MOTION TO<br>RECONSIDER; DEFENDANTS'<br>DEADLINE TO ANSWER OR<br>OTHERWISE PLEAD TO AMENDED<br>COMPLAINT; INITIAL DISCLOSURES;<br>AND RELATED MATTERS** |

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101551-004/927963.doc

The Court having considered the Stipulation Re: Plaintiff's Motion To Reconsider; Defendants' Deadline To Answer Or Otherwise Plead To Amended Complaint; Initial Disclosures; And Related Matters (the "Stipulation") filed by Defendants, Zyen, LLC, a Nevada limited liability company, Fertitta Enterprises, Inc., a Nevada corporation, William Bullard, Adam Frank, Kirk Sanford, and Omer Sattar (collectively, the "Defendants"), by and through their counsel, the law firm of Gordon Silver, and Plaintiff, David Herzog, Liquidating Trustee (the "Liquidating Trustee"), by and through his counsel, the Law Office of Jonathan A. Backman and Johnson & Associates, P.C., and good cause appearing;

**IT IS HEREBY ORDERED** as follows:

1.      The Stipulation is approved in its entirety;

2.      Defendants shall respond to the Liquidating Trustee's Motion for Court to Reconsider and Revise Order of April 8, 2010, Regarding Count IX of Plaintiff's Original and Amended Complaints (the "Motion to Reconsider") [Docket No. 55] on before May 17, 2010, and Plaintiff shall reply, if any, by May 24, 2010.

3.      The hearing on the Motion to Reconsider will proceed as currently noticed on May 28, 2010, at 9:30 a.m., or as soon thereafter that day as counsel may be heard.

4.      Defendants shall answer or otherwise respond to Plaintiff's Amended Complaint on or before May 24, 2010.

5.      The parties' initial disclosures under Rule 26(a)(1) of the Federal Rules of Civil Procedure, as made applicable by Rule 7026 of the Federal Rules of Bankruptcy Procedure, will be due on or before June 23, 2010.

**IT IS SO ORDERED.**

. . .

. . .

. . .

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101551-004/927963.doc

1   PREPARED AND SUBMITTED:              AGREED:

2

3   By: ___/s/ Matthew C. Zirzow, Esq._____       By: ___/s/ Jonathan A. Backman, Esq._____
    GORDON SILVER                       JOHNSON & ASSOCIATES, P.C.
4   GREGORY E. GARMAN, ESQ.             MATTHEW L. JOHNSON, ESQ.
    MATTHEW C. ZIRZOW, ESQ.             8831 W. Sahara Ave.
5   JOEL Z. SCHWARZ, ESQ.               Las Vegas, Nevada 89117
    3960 Howard Hughes Pkwy., 9th Floor
6   Las Vegas, Nevada 89169             JONATHAN A. BACKMAN, ESQ.
7   Attorneys for Defendants            LAW OFFICE OF JONATHAN A.
                                        BACKMAN
8                                       117 N. Center St.
                                        Bloomington, IL 61701
9                                       Attorneys for Plaintiff

10

11                                      ###

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon Silver
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

101551-004/927963.doc                              3